## *In re* MADDOCK *et al.*

(*Circuit Court, S. D. New York.* January 20, 1892.)

CUSTOMS DUTIES—ACT OF MARCH 3, 1883—TABLE MIRRORS.

    Table mirrors, known as "mirror plateaus" or "circles," made of plate glass, silvered, beveled, and framed, in circular form, *held* not to be dutiable at 45 per cent. *ad valorem*, under Schedule B, par. 143, as a "manufacture of glass, or of which glass shall be the component material of chief value," etc., but dutiable at a square-foot duty according to measurement, under paragraph 141, and at an additional duty of 30 per cent. *ad valorem* for their frames, under paragraph 142 of said schedule and act.

At Law. Appeal by importers from decision of board of United States general appraisers under section 15 of the act of June 10, 1890.

Maddock & Steel (importers) imported per steamer Cufic, on July 8, 1890, and per Runic, July 23, 1890, certain mirror plateaus or table mirrors, which were reported by the assistant appraiser to be disks of plate-glass, silvered, from 6 to 16 inches in diameter, and set into a metal base, with feet, intended to be used on dining-tables for holding fruit, and for flower-stands. The collector assessed duty thereon at 45 per cent. *ad valorem*, as "manufactures of glass," under paragraph 143 of Schedule B of the tariff act of March 3, 1883. The importers protested, claiming the same to be dutiable as "cast, polished plate-glass, silvered, or looking-glass plates," according to their measurement by the square foot, with 30 per centum *ad valorem* added for their frames, according to the provisions of paragraphs 141 and 142 of said schedule and act. The importers duly appealed to the board of United States general appraisers, under the provisions of the act of June 10, 1890. The board of general appraisers, on March 4, 1891, affirmed the decision of the collector. An appeal was thereupon taken by the importers to the United States circuit court from the decision of the board. The return of the board was filed in the United States circuit court on May 15, 1891. Additional or further evidence was taken before one of the members of said board, as an officer of the court, under an order of the court entered June 1, 1891, by which it appeared that the articles in suit were mirrors, commonly known in trade as "plateaus," "mirror plateaus," or "circles." Samples of the merchandise were also put in evidence and produced in court.

*Edward Mitchell,* U. S. Atty., and *Henry C. Platt,* Asst. U. S. Atty., for collector.

*Edward Hartley,* for importers.

WHEELER, District Judge. Paragraph 141 of the tariff act of 1883 provides for a duty on "cast, polished plate-glass, silvered, or looking-glass plates, not exceeding ten by fifteen inches square, four cents per square foot," etc., increasing the duty by the square foot, as they are made larger. Paragraph 142 provides:

"But no looking-glass plates or plate-glass, silvered, when framed, shall pay a less rate of duty than that imposed upon similar glass of like descrip-

tion not framed, but shall be liable to pay, in addition thereto, thirty per centum *ad valorem* upon such frames."

Paragraph 143 imposes a duty upon—

"Porcelain and Bohemian glass, chemical glass ware, painted glass ware, stained glass, and all other manufactures of glass, or of which glass shall be the component material of chief value, not specially enumerated or provided for in this act, forty-five per centum *ad valorem.*"

This importation is of circular, cast, polished plate-glass plates, silvered, beveled, and framed. It has been assessed as a manufacture of glass, or of which glass is the component material ·of chief value, at 45 per centum *ad valorem.* The protest raises the question as to whether it it comes under that paragraph or under paragraph 141. The record shows that these articles are used sometimes for table ornaments, and called "plateaus." They also may be used for looking-glasses. The case is argued as if the clause "polished plate-glass, silvered, or looking-glass plates," of paragraph 141, applies only to looking-glasses. But paragraph 140 provides a duty on "cast, polished plate-glass, unsilvered, not exceeding ten by fifteen inches square, three cents per square foot," etc. That shows that cast, polished plate-glass may or may not be made into looking-glass plates. It may be unsilvered or silvered, or it may be looking-glass plates. These are, for certain purposes, looking-glass plates, but they come within the exact description of "cast, polished plate-glass, silvered," of paragraph 141; and also they are "framed," within paragraph 142. They are, therefore, "manufactures of glass," provided for in this act, and ·not "manufactures of glass, or of which glass shall be the component material of chief value," not provided for. They should be assessed under paragraphs 141 and 142, and not under paragraph 143. Therefore the decision of the board of United States general appraisers is reversed.